**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8076**

GREGORY CHARLES KRUG,

Plaintiff - Appellant,

v.

JO ANN FARRINGTON; ANNIE A. WONG,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:08-cv-00658-GBL-JFA)

Submitted:  January 13, 2009          Decided:  January 20, 2009

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory Charles Krug, Appellant Pro Se

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Charles Krug appeals the district court's order transferring his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) to the United States District Court for the Middle District of Tennessee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Krug v. Farrington, No. 1:08-cv-00658-GBL-JFA (E.D. Va. July 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED